# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cr 151

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **RAY LEONARD STAMPER, III,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

Pending before the Court is Defendant's pro se Motion Against Forced Medications Under Pretrial Motions and Motion to Withdraw [# 54]. On December 6, 2016, Defendant was arrested. On December 9, 2016, Defendant was assigned Fredilyn Sison as his public defender. Since that time, Defendant has continued to have Fredilyn Sison as his public defender. On December 21, 2017, Defendant filed his pro se Motion Against Forced Medications Under Pretrial Motions and Motion to Withdraw [# 54].

Under Local Criminal Rule 47.1(g):

> [T]he Court will not ordinarily entertain a motion filed by a criminal defendant who is still represented by counsel and has not formally waived the right to counsel in the presence of a judicial officer after being fully advised of the consequences of waiver. Exceptions to this general rule may be made in the discretion of the judicial officer considering the *pro se* motion.

Defendant is still represented by Fredilyn Sison.  Defendant has not formally waived the right to counsel.  Thus, after carefully reviewing the motion, the Court will not entertain the motion.

Therefore, the Court **DISMISSES** the motion [# 54].

Signed: January 4, 2018

Dennis L. Howell
United States Magistrate Judge