# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CRIMINAL CASE NO. 1:16-cr-00151-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | **O R D E R** |
| ) | |
| RAY LEONARD STAMPER, III, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* motions to dismiss [Docs. 41, 47].

By the present motions, the Defendant seeks dismissal of this prosecution on various grounds. [Docs. 41, 47]. The Defendant, however, is still represented by his trial counsel. The Court does not ordinarily entertain motions filed by a criminal defendant who is represented by counsel and who has not formally waived his right to counsel. See LCrR 47.1(g).

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* motions to dismiss [Docs. 41, 47] are **DENIED**.

**IT IS SO ORDERED**.

Signed: January 26, 2018

Martin Reidinger
United States District Judge