# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cr 151

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **RAY LEONARD STAMPER, III,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

This matter is before the Court following a status hearing held on March 5, 2018. Defendant was not present and was represented through Fredilyn Sison. The Government was represented through AUSA Justin Eason. After hearing from both parties, the Court provides the following directions.

The Court **DIRECTS** the Government to file any motion it wishes to present concerning involuntary medication of Defendant, pursuant to *Sell v. U.S.*, 539 U.S. 166 (2003), by **March 9, 2018**. If the Government files such a motion, Defendant shall have up to and including **March 23, 2018**, to respond.

Signed: March 5, 2018

_____
Dennis L. Howell
United States Magistrate Judge