# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cr 151

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| RAY LEONARD STAMPER, III, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

Pending before the Court is the Motion to Seal the Government's Motion for a *Sell* Hearing [# 63]. After reviewing the motion, the Court will allow the motion.

Accordingly, the Court **GRANTS** the motion [# 63]. The Government's Motion for a *Sell* Hearing shall be SEALED.

Signed: March 12, 2018

_____
Dennis L. Howell
United States Magistrate Judge