# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cr 151

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) |  |
|  | ) | **ORDER** |
| RAY LEONARD STAMPER, III, | ) |  |
|  | ) |  |
| **Defendant.** | ) |  |
| _____ | ) |  |

Before the Court is Defendant's Motion for Subpoenas [# 68]. On December 9, 2016, the Court appointed Fredilyn Sison as counsel for Defendant. Subsequently, the Court has found Defendant incompetent. The Court has scheduled further proceedings regarding Defendant's incompetence. Defendant remains represented but filed his Motion pro se.

The Court finds the motion frivolous. Defendant has not stated a basis in law or fact for the requested relief. Further, the Court finds the requested information to be irrelevant. *See* U.S. v. White, 7:08-CR-54, 2010 WL 1462180, at *2 (W.D. Va. Apr. 12, 2010) ("Permitting *pro se* motions from represented parties will only increase the workload of prosecutors and courts in responding to what are likely frivolous or otherwise entirely unavailing arguments.").

Therefore, the Court **DENIES** the motion [# 68].

Signed: April 25, 2018

_____
Dennis L. Howell
United States Magistrate Judge