# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cr 151

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| RAY LEONARD STAMPER III, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Before the Court is Defendant's Motion Requesting Forms [# 70]. On December 9, 2016, the Court appointed Fredily Sison as counsel for Defendant. Subsequently, the Court has found Defendant incompetent. The Court has scheduled further proceedings regarding Defendant's incompetence. Defendant remains represented but filed his Motion pro se.

Therefore, the Court **DENIES** the Motion [# 70]. LCrR 47.1(g) ("[T]he Court will not ordinarily entertain a motion filed by a criminal defendant who is still represented by counsel and has not formally waived the right to counsel in the presence of a judicial officer after being fully advised of the consequences of waiver.").

Signed: July 13, 2018

Dennis L. Howell
United States Magistrate Judge